LOUISVILLE & NASHVILLE RAILROAD CO., Movant, v. COMMON-WEALTH OF KENTUCKY, Opposed.

Court of Appeals of Kentucky.

(Decided Oct. 22, 1935.)

ASHBY M. WARREN, J. J. TYE, and THOMAS D. TINSLEY, for movant.

BAILEY P. WOOTTON, Attorney General, and H. HAMILTON RICE, Assistant Attorney General, opposed.

PER CURIAM.

Appeal denied; judgment affirmed.

DAMRON, Movant, v. WHEELER, Opposed

Court of Appeals of Kentucky.

(Decided Oct. 25, 1935.)

C. G. YAGER and HOWARD VAN ANTWERP, Jr., for movant.

A. W. MANN and JNO. W. McKENZIE, opposed.

PER CURIAM.

Appeal denied; judgment affirmed.